Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Appellee
Evander Frank Kane

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 21-cv-03765-WHO |
| EVANDER FRANK KANE, | Bankruptcy Case No. 21-50028-SLJ |
| Debtor. | Chapter 7 |
| ZIONS BANCORPORATION, N.A.<br><br>            Appellant<br><br>v.<br><br>EVANDER FRANK KANE<br><br>            Appellee | **STIPULATION AND ORDER TO MODIFY THE BRIEFING DEADLINES ON APPEAL** |

Appellant, Zions Bancorporation, N.A. ("Zions"), and Appellee, Evander Frank Kane ("Kane"), enter into the following stipulation to modify the briefing schedule for this appeal as set forth below (the "Stipulation") and request the Court's approval of the revised schedule.

**RECITALS**

1.     Zions filed a Notice of Appeal in the abovementioned bankruptcy case pending in the U.S. Bankruptcy Court regarding an Order Denying Motion to Convert and electing this

Court to resolve the appeal (the "Appeal").

2. Pursuant to this Court's Notice of Filing of Appeal & Scheduling Order (the Scheduling Order) [dated May 20, 2021; Doc. No. 2] the Appellant's principal brief was due no more than 30 days after docketing of notice that the record in this matter had been transmitted or is available electronically on the Court's docket;

3. On July 6, 2021, Zions timely filed its Appellant's Opening Brief (Doc. No. 5);

4. Pursuant to the Scheduling Order, Kane's responsive brief is due no more than 30 days after Zions' opening brief;

5. Kane has requested, and Zions has agreed to extend the time for Kane to file his responsive brief to September 7, 2021. There have been no other previous time modifications in the Appeal; and

6. Therefore, Kane and Zions propose to modify the briefing schedule in the Appeal as set forth below.

## STIPULATION

The Parties stipulate and agree, through their respective attorneys, as follows:

1. Kane's responsive brief shall be due no later than September 7, 2021.

2. Except as specifically modified herein, all other deadlines for briefs in the Appeal and other matters set forth in the Scheduling Order remain unchanged and in effect.

3. Kane and Zions request that the Court enter an order approving this Stipulation.

DATED: July 27, 2021                    FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Michael Gerard Fletcher
    Michael Gerard Fletcher
    Attorneys for Appellant Zions Bancorporation, N.A.

STIP RE BRIEFING SCHEDULE            2

DATED: July 26, 2021                              FINESTONE HAYES LLP

By: /s/ Stephen D. Finestone
    Stephen D. Finestone
    Attorneys for Appellee Evander Frank Kane

**ORDER**

IT IS SO ORDERED

DATED: _____

By: _____
    Hon. William H. Orrick
    District Judge of the United States District Court
    for the Northern District of California