Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellant ZIONS BANCORPORATION, N.A., dba California Bank & Trust

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 3:21-cv-03765-WHO |
| EVANDER FRANK KANE, | Bankr. Case No. 21-50028-SLJ |
| Debtor. | |
| ZIONS BANCORPORATION, N.A., dba California Bank & Trust, | **STATEMENT REGARDING RELATED APPEALS AND REQUEST FOR JOINT ORAL ARGUMENTS** |
| Appellant, | |
| v. | |
| EVANDER FRANK KANE, | Hon. William H. Orrick |
| Appellee. | Notice of Appeal Filed: May 3, 2021 |

Appellant Zions Bancorporation, N.A., dba California Bank & Trust ("Zions") notifies the Court of the following related appeal:

**Appellant**:  South River Capital, LLC

**Appellee**:  Evander Frank Kane

**Bankruptcy Case No.**:  21-50028-SLJ (Bankr. N.D. Cal.)

**District Court Case No.**:  3:21-cv-03493-WHO (N.D. Cal.)

**Order on Appeal**:  Order Denying Motion to Convert entered on April 19, 2021, in Case No. 21-50028-SLJ (Bankr. N.D. Cal.)

While the parties have not moved to consolidate the appeals, if the Court elects to hear oral arguments in these appeals, Zions requests that, in the interest of efficiency, the arguments be heard together.

DATED:  October 7, 2021

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By:    /s/  Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Appellant Zions Bancorporation, N.A., dba California Bank & Trust

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2
Case No. 3:21-cv-03765-WHO
STATEMENT RE RELATED APPEALS

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On October 7, 2021, I served true copy(ies) of the

**STATEMENT REGARDING RELATED APPEALS AND REQUEST FOR JOINT ORAL ARGUMENTS**

to the party(ies) on the Court's NEF service list.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 7, 2021, at Los Angeles, California.

                              /s/ Sandra Young-King
                              Sandra Young-King
                              sking@frandzel.com