Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Tel.:    (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Appellee
Evander Frank Kane

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-cv-03765-WHO<br><br>Bankruptcy Case No. 21-50028-SLJ<br>Chapter 7 |
| ZIONS BANCORPORATION, N.A.,<br>dba California Bank & Trust,<br><br>Appellant<br><br>v.<br><br>EVANDER FRANK KANE,<br>Appellee | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPELLEE'S MOTION TO DISMISS APPEAL AS MOOT**<br><br>Hearing:<br>Date:   March 30, 2022<br>Time:   2:00 p.m. Pacific Time<br>Place:   Tele/Videoconference (Zoom)<br><br>**Remote appearances only.**<br><br>*Please check www.cand.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Pursuant to Federal Rule of Evidence 201(b)(2) and (c)(2), Appellee Evander Kane ("Kane") respectfully requests that this Court, in its consideration of his motion to dismiss the appeal by Appellant Zions Bancorporation, N.A. as moot, take judicial notice of the information contained in the exhibits attached hereto:

1. **Exhibit 1** is a true and correct copy of the San Jose Sharks' statement dated January 8, 2022, that they have placed Kane on unconditional waivers and were terminating his contract "for breach of his NHL Standard Player Contract and for violation of the AHL

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPELLEE'S MOTION TO DISMISS APPEAL                    1

COVID-19 protocols." San Jose Sharks, *Statement from Sharks Regarding Evander Kane*, WWW.SJSHARKS.COM, https://www.nhl.com/sharks/news/statement-from-sharks-regarding-evander-kane/c-329592480 (last visited Feb. 20, 2022).

2. **Exhibit 2** is a true and correct copy of a news article dated January 10, 2022, appearing on The Athletic's website. The Athletic Staff, *NHLPA Files Grievance on Behalf of Evander Kane Over Sharks' Termination of Contract*, WWW.THEATHLETIC.COM, https://theathletic.com/news/nhlpa-files-grievance-on-behalf-of-evander-kane-over-sharks-termination-of-contract/zSdqsTTh4iJq/ (last visited Feb. 20, 2022).

The Court may take judicial notice "at any stage of the proceeding," Fed. R. Evid. 201(d), including, in the interests of justice, post-appeal developments. *See Bryant v. Carleson*, 444 F.2d 353, 357 (9th Cir. 1971).

DATED: February 22, 2022                    FINESTONE HAYES LLP

By: /s/ Stephen D. Finestone
Stephen D. Finestone
Ryan A. Witthans
Attorneys for Appellee Evander Frank Kane

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. My business address is 456 Montgomery Street, Floor 20, San Francisco, California 94104. I served a true and correct copy of the following document(s):

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPELLEE'S MOTION TO DISMISS APPEAL AS MOOT**

by the following means:

☒ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**. On February 22, 2022, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system. I received confirmation from the CM/ECF system that this filing caused links to such document(s) to be transmitted electronically to the parties registered, pursuant to General Orders and Local Bankruptcy Rules, as NEF participants in this case at their respective notification addresses listed below.

- Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF
  trevor.fehr@usdoj.gov

- Chris D. Kuhner on behalf of Creditor Sergio Reyes
  c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com

- Office of the U.S. Trustee / SF
  USTPRegion17.SF.ECF@usdoj.gov

☐ <u>BY U.S. MAIL</u>. On February 22, 2022, I served the document to the following persons and/or entities at the notice address on the proof of claim filed by the creditor by placing a true and correct copy above-referenced document(s) in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 22, 2022 in San Francisco, California.

/s/ Stephen D. Finestone

Stephen D. Finestone

# EXHIBIT 1

News

Sharks News

# Statement from Sharks Regarding Evander Kane

by San Jose Sharks @SanJoseSharks / sjsharks.com

January 8, 2022



**SAN JOSE, CA** - The San Jose Sharks (@SanJoseSharks) have informed Evander Kane that he has been placed on unconditional waivers with intent to terminate his contract for breach of his NHL Standard Player Contract and for violation of the AHL COVID-19 protocols.

The Club will have no further comment on this matter.

View Less

# EXHIBIT 2

≡ The Athletic    Subscribe

# NHLPA files grievance on behalf of Evander Kane over Sharks' termination of contract

By The Athletic Staff
January 10, 2022 Updated 8:37 AM PST

💬 48



The NHL Players' Association filed a grievance on Sunday night on behalf of Evander Kane, opposing the San Jose Sharks' termination of his contract. Kane cleared unconditional waivers on Sunday, clearing the way for the Sharks to end his contract — and potentially for the organization to walk away from more than $22 million still owed to the forward over the next three seasons.

Timing in the matter is still to be determined. San Jose said its decision came as a result of Kane breaching his NHL standard player contract and violating the AHL's COVID-19 protocols while a member of San Jose's AHL affiliate, the Barracuda.

Kane's contract termination stems primarily from him traveling to Vancouver while in COVID-19 protocol, sources told *The Athletic*. The Barracuda placed Kane in protocols on Dec. 22.

The NHLPA and Kane's agent, Dan Milstein, stated intent to file a grievance after the Sharks' announcement and before he cleared waivers. NHL deputy commissioner Bill Daly said that there are "adequate grounds to support a contract termination" based on what the league has been told.

Milstein said there's interest from a number of teams for Kane. It would be a one-year deal for the rest of the season.

Kane, 30, joined the Barracuda in November after clearing waivers and being assigned to the AHL team. Prior to that, he was suspended for 21 games in October for violating the NHL and NHLPA's COVID-19 protocols. He didn't attend San Jose's training camp while the league investigated him for possibly attempting to falsify his COVID-19 vaccination status and for an allegation by his estranged wife, Anna Kane, of domestic abuse in a divorce filing.

Kane was previously cleared in the league's investigation into allegations that he gambled on NHL games.

In five games with the Barracuda, he recorded two goals and eight points. He joined the Sharks in 2018 after being traded from the Buffalo Sabres.

As a result of his contract termination, Kane would forfeit $22.8 million. He had a $7 million cap hit for this season, as well as for the following three years.

*(Photo: Stan Szeto / USA Today)*