Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellant ZIONS
BANCORPORATION, N.A., dba
California Bank & Trust

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 3:21-cv-03765-WHO<br><br>Bankruptcy Case No. 21-50028-SLJ<br><br>Chapter 7 |
| ZIONS BANCORPORATION, N.A., dba California Bank & Trust,<br><br>Appellant,<br><br>v.<br><br>EVANDER FRANK KANE.<br><br>Appellee. | **STIPULATION AND ORDER TO MODIFY OPPOSITION AND REPLY DEADLINES RELATED TO APPELLEE'S MOTION TO DISMISS APPEAL AS MOOT**<br><br>**Hearing:**<br>Date:    March 30, 2022<br>Time:    2:00 p.m.<br>Place:   Tele/Videoconference (Zoom) |

Appellant, Zions Bancorporation, N.A., dba California Bank & Trust ("Zions"), and appellee, Evander Frank Kane ("Kane"), enter into the following stipulation for a three-day extension of the opposition and reply deadlines related to the Motion to Dismiss Appeal as Moot (Dkt. 12) ("Motion to Dismiss"), and request the Court's approval of these proposed deadline extensions.

## RECITALS

*A.* On May 19, 2021, Zions filed a Notice of Appeal of the United States Bankruptcy Court's *Order Denying Motion to Convert Chapter 7 Case to Chapter 11 and to Appoint a Chapter 11 Trustee.* Zions elected to have the Appeal heard by the District Court.

B. The appeal has been fully briefed.

C. On February 22, 2022, Kane filed the Motion to Dismiss.

D. Zions' deadline to oppose the Motion to Dismiss is 14 days after the Motion was filed (L.R. 7-3(a)), or by March 8, 2022 ("Opposition Deadline").

E. Kane's deadline to file a reply to Zions' opposition to the Motion to Dismiss is seven days after the Opposition Deadline (L.R. 7-3(c)), or by March 15, 2022 ("Reply Deadline").

F. The parties have discussed potentially resolving this matter, and have agreed and propose, subject to the Court's schedule and approval, to a three-day extension of the Opposition and Reply Deadlines as set forth below.

## STIPULATION

The Parties stipulate and agree, through their respective attorneys, as follows:

1. Zions' Opposition Deadline shall be March 11, 2022.

2. Kane's Reply Deadline shall be March 18, 2022.

3. Kane and Zions request that the Court enter an order approving this Second Stipulation.

[Signatures on Following Page]

**IT IS SO STIPULATED.**

DATED:  March 2, 2022          FRANDZEL ROBINS BLOOM &
                                CSATO, L.C.
                                MICHAEL GERARD FLETCHER
                                GERRICK M. WARRINGTON


                                By:      /s/ Gerrick M. Warrington
                                   GERRICK M. WARRINGTON
                                   Attorneys for Appellant ZIONS
                                   BANCORPORATION, N.A., dba
                                   California Bank & Trust

DATED:  March 2, 2022          FINESTONE HAYES LLP
                                STEPHEN D. FINESTONE
                                RYAN A. WITHHANS


                                By:      /s/ Stephen D. Finestone
                                   STEPHEN D. FINESTONE
                                   RYAN A. WITHHANS
                                   Attorneys for Appellant EVANDER
                                   FRANK KANE, Debtor

**ORDER**

IT IS SO ORDERED.

DATED: March 3, 2022

By: _____
HON. WILLIAM H. ORRICK
United States District Court for the
Northern District of California

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000