1  Michael Gerard Fletcher (State Bar No. 070849)
    mfletcher@frandzel.com
2  Gerrick M. Warrington (State Bar No. 294890)
    gwarrington@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Appellant ZIONS
   BANCORPORATION, N.A., dba
7  California Bank & Trust

*(Side margin, vertical text)* FRANDZEL ROBINS BLOOM & CSATO, L.C. / 1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR / LOS ANGELES, CALIFORNIA 90017-2427 / (323) 852-1000

8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 In re | Case No. 3:21-cv-03765-WHO |
| 13 EVANDER FRANK KANE, | Bankr. Case No. 21-50028-SLJ |
| 14 Debtor. | Chapter 7 |
| 15 | |
| 16 ZIONS BANCORPORATION, N.A., dba California Bank & Trust, | **DECLARATION OF DEBRA GRAY IN SUPPORT OF APPELLANT ZIONS BANCORPORATION, N.A.'S OPPOSITION TO** |
| 17 | **APPELLEE EVANDER FRANK KANE'S MOTION TO DISMISS** |
| 18 Appellant, | **APPEAL** |
| 19 v. | **AS MOOT** |
| 20 EVANDER FRANK KANE. | **Hearing:** |
| 21 Appellee. | Date:  March 30, 2022 |
| 22 | Time:  2:00 p.m. |
| 23 | Place:  Tele/Videoconference (Zoom) |
| 24 | Hon. William H. Orrick |
| | Appeal Filed: May 3, 2021 |

25

26

27

28

I, Debra Gray, declare:

1.    I am employed by Frandzel Robins Bloom & Csato, L.C., in the capacity of Executive Director.  If called upon to testify as to the facts set forth in this declaration, I could and would testify competently thereto since the facts set forth herein are personally known to me to be true.

2.    This Declaration is submitted in support of the opposition by Appellant, Zions Bancorporation, N.A., dba California Bank & Trust, to the Motion to Dismiss Appeal as Moot (Dkt. 12) filed by appellee, Evander Frank Kane ("Kane").

3.    On February 15, 2022, I attended a hockey game between the Los Angeles Kings and the Edmonton Oilers at the Crypto.com Arena.

4.    During that game, I saw Kane skate for, and score a goal for, the Edmonton Oilers.

Executed on this 11th day of March, 2022, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Debra Gray

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000