Michael Gerard Fletcher (State Bar No. 070849)
   mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
   gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellant ZIONS BANCORPORATION, N.A., dba California Bank & Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor.<br><br>ZIONS BANCORPORATION, N.A., dba California Bank & Trust,<br><br>Appellant,<br><br>v.<br><br>EVANDER FRANK KANE.<br><br>Appellee. | Case No. 3:21-cv-03765-WHO<br><br>Bankr. Case No. 21-50028-SLJ<br><br>Chapter 7<br><br>**DECLARATION OF GERRICK M. WARRINGTON REGARDING TECHNICAL FAILURE OF CM/ECF ON FRIDAY, MARCH 11, 2022**<br><br>**Hearing:**<br>Date:    March 30, 2022<br>Time:    2:00 p.m.<br>Place:    Tele/Videoconference (Zoom)<br><br>Hon. William H. Orrick<br><br>Appeal Filed: May 3, 2021 |

I, Gerrick M. Warrington, declare:

1. I am employed as an associate at Frandzel Robins Bloom & Csato, L.C. If called upon to testify as to the facts set forth in this declaration, I could and would testify competently thereto since the facts set forth herein are personally known to me to be true.

2. This Declaration is submitted pursuant to Local Rule 5-1(d)(5) and in support of the Opposition (Dkt. *pending*) by Appellant, Zions Bancorporation, N.A., dba California Bank & Trust, and supporting Declaration of Debra Gray (Dkt. *pending*) (together, the "Opposition") to the Motion to Dismiss Appeal as Moot (Dkt. 12) filed by Appellee, Evander Frank Kane ("Kane").

3. In the afternoon of Friday, March 11, 2022, I received an email from CAND-ECF@nyed.uscourts.gov stating that a CM/ECF service disruption had occurred at 11:20 a.m. that day affecting the United States District Court for the Northern District of California.

4. I instructed my secretary to continue trying to file the Opposition, and to make notes. As of close of business, she informed me that despite her efforts, she had been unable to file the Opposition solely due to the CM/ECF service disruption.

5. At 5:10 p.m., I forwarded by email unconformed PDF copies of the Opposition to counsel to Kane, and counsel conformed receipt shortly thereafter.

6. The next day, on Saturday, March 12, 2022, I received a follow-up email stating that CM/ECF service for the United States District Court for the Northern District of California had been restored as of 8:10 a.m. that day.

Executed on this 14th day of March, 2022, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Gerrick M. Warrington
Gerrick M. Warrington