Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellant ZIONS
BANCORPORATION, N.A., dba
California Bank & Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 3:21-cv-03765-WHO<br><br>Bankr. Case No. 21-50028-SLJ<br><br>Chapter 7 |
| ZIONS BANCORPORATION, N.A., dba California Bank & Trust,<br><br>Appellant,<br><br>v.<br><br>EVANDER FRANK KANE.<br><br>Appellee. | **DECLARATION OF SANDRA YOUNG-KING REGARDING TECHNICAL FAILURE OF CM/ECF ON FRIDAY, MARCH 11, 2022**<br><br>**Hearing:**<br>Date: March 30, 2022<br>Time: 2:00 p.m.<br>Place: Tele/Videoconference (Zoom)<br><br>Hon. William H. Orrick<br><br>Appeal Filed: May 3, 2021 |

I, Sandra Young-King, declare:

1. I am employed as a secretary at Frandzel Robins Bloom & Csato, L.C. If called upon to testify as to the facts set forth in this declaration, I could and would testify competently thereto since the facts set forth herein are personally known to me to be true.

2. This Declaration is submitted pursuant to Local Rule 5-1(d)(5) and in support of the Opposition (Dkt. *pending*) by Appellant, Zions Bancorporation, N.A., dba California Bank & Trust, and supporting Declaration of Debra Gray (Dkt. *pending*) (together, the "Opposition") to the Motion to Dismiss Appeal as Moot (Dkt. 12) filed by Appellee, Evander Frank Kane.

3. On Friday, March 11, 2022, I attempted on the following times to file Zions' Opposition via CM/ECF for the United States District Court for the Northern District of California:

   12:05 p.m.
   1:18 p.m.
   2:49 p.m.
   3:45 p.m.
   4:11 p.m.
   4:58 p.m.

4. However, each time I tried to file the Opposition, I was unable to do so because the CM/ECF system was down due to an apparent technical failure.

Executed on this 14th day of March, 2022, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Sandra Young-King
Sandra Young-King